IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Steven Sakaski Robinson, <br><br> Plaintiff, <br><br> v. <br><br> Fifteenth Judicial Circuit, State of South Carolina, County of Georgetown, <br><br> Defendants. | C/A No. 2:24-cv-7298-SAL-TER <br><br><br> **ORDER** |

  This is an action filed by a pretrial detainee. This case is before the court due to Plaintiff's failure to comply with the magistrate judge's order to pay the filing fee or submit a motion for *in forma pauperis* and file a complaint form. (ECF No. 5). The proper form order was issued on December 19, 2024, and it has not been returned as undeliverable.

  The order sent to Plaintiff's provided address has not been returned to the court; thus, it is presumed that Plaintiff received the order but has neglected to comply with the order within the permitted timeframe. The court has not received a response from Plaintiff, and the time for compliance has passed. A review of the record indicates that the magistrate judge specifically informed Plaintiff that if he failed to comply with the order, this case would be subject to dismissal.

  Plaintiff's lack of response to the order indicates an intent to not prosecute this case and subjects this case to dismissal. *See* Fed. R. Civ. P. 41(b) (district courts may dismiss an action if a plaintiff fails to comply with an order of the court); *see also Ballard v. Carlson*, 882 F.2d 93, 95 (4th Cir. 1989) (dismissal with prejudice appropriate where warning given); *Chandler Leasing Corp. v. Lopez*, 669 F.2d 919, 920 (4th Cir. 1982) (court may dismiss *sua sponte*).

Accordingly, this case is dismissed without prejudice. The Clerk of Court shall close the file.

IT IS SO ORDERED.

January 21, 2025  
Columbia, South Carolina

Sherri A. Lydon  
United States District Judge

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this order pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.