AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Steven Sakaski Robinson<br>*Plaintiff*<br>v.<br>Fifteenth Judicial Circuit, State of South Carolina and County of Georgia<br>*Defendant* | )<br>)<br>) Civil Action No.　2:24-cv-7298-SAL<br>)<br>) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This case is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Sherri A. Lydon, United States District Judge.

Date:　January 21, 2025

ROBIN L. BLUME
*CLERK OF COURT*

s/Debbie E. Stokes
_____
*Signature of Clerk or Deputy Clerk*